1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CAROLINE BIRK,                              No. CIV S-10-1039-MCE-CMK

12                   Plaintiff,

13            vs.                                <u>ORDER</u>

14   GATEWAY FUNDING CORP., et al.,

15                   Defendants.

16   _____/

17            Plaintiff, who is proceeding pro se, brings this civil action.  In light of the

18   currently pending motion to dismiss, the court finds it appropriate to vacate the scheduling

19   conference set for September 9, 2010, at 10:00 a.m.  The scheduling conference will be re-set, if

20   necessary, following resolution of defendants' motion to dismiss.

21            IT IS SO ORDERED.

22

23    DATED: August 25, 2010

24                                              _____
                                                **CRAIG M. KELLISON**
25                                              UNITED STATES MAGISTRATE JUDGE

26

                                                1