# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROLINE BIRK,                               No. CIV S-10-1039-MCE-CMK

    Plaintiff,

  vs.                                              ORDER

GATEWAY FUNDING CORP., et al.,

    Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is a motion for reconsideration (Doc. 59) of the Magistrate Judge's December 2, 2010, order.

        Pursuant to Eastern District of California Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The December 2, 2010, order is, therefore, affirmed.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (ECF No. 58) is denied;

2. The Magistrate Judge's December 2, 2010 order (ECF No. 57) is affirmed;

3. All other pending motions are denied as moot;

4. No further motions for reconsideration of this order will be considered; and

5. The Clerk is ordered to close the case.

IT IS SO ORDERED.

Dated: March 9, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE